IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LARRY J. BROWN,

    Plaintiff,

v.

BELINDA SCHRUBBE, PAUL SUMNICHT
MICHAEL THURMER and
CYNTHIA THORPE,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-129-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing Michael Thurmer, granting summary judgment in favor of defendants Belinda Schrubbe, Paul Sumnicht and Cynthia Thorpe and dismissing this case.

By: _____    7-14-11
    Peter Oppeneer, Clerk of Court    Date